UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **CV 08-8485-JFW (FFMx)**                                   Date: **April 29, 2009**

Title:   Carl Thomas -v- John E. Potter, Postmaster General of the United States Postal Service Agency

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**   **DISMISSAL OF ACTION FOR LACK OF PROSECUTION**

   Plaintiff filed a Complaint with the Court on December 23, 2008. On April 9, 2009, the Court issued an Order to Show Cause Re: Lack of Prosecution in light of Plaintiff's apparent failure to serve Defendants. The Court's Standing Order specifically warned Plaintiff that failure to serve the Complaint within 120 days as required by Fed. R. Civ. P. 4(m) would result in this dismissal of this action if good cause was not shown for any extension of time. Plaintiff was to respond to the Court's Order to Show Cause no later than April 23, 2009.

   As of the date of this Order, Plaintiff has not filed a proof of service or otherwise responded to the Court's Order to Show Cause. Accordingly, this action is hereby **DISMISSED** without prejudice.

   IT IS SO ORDERED.

   The Clerk shall serve a copy of this Minute Order on all parties to this action.